**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2467

VISALAKSHI YOGARAJ,

Plaintiff - Appellant,

versus

WASHINGTON ADVENTIST HOSPITAL,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (CA-95-3217-AW)

Submitted: February 4, 1997        Decided: February 21, 1997

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Visalakshi Yogaraj, Appellant Pro Se. Stanley James Reed, Susan Berry Bloomfield, LERCH, EARLY & BREWER, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion for summary judgment and dismissing Appellant's complaint filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2 (1994), and the Age Discrimination in Employment Act, as amended, 29 U.S.C. § 621 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Yogaraj v. Washington Adventist Hosp., No. CA-95-3217-AM (D. Md. Sept. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED